IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JOHN CHRISTOPHER WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:06CV00020 |
| | ) | |
| v. | ) | |
| | ) | |
| NORMAN W. REYNOLDS, JEANNE REYNOLDS, DAVID REYNOLDS and GREGORY REYNOLDS, | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) ) | By: Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' David and Gregory Reynolds' Motions to Dismiss for Lack of Jurisdiction is **GRANTED.** Plaintiff's Motion to Amend is **DENIED**.

The Clerk is directed to send a certified copy of this Memorandum Opinion and the attached Order to all counsel of record.

Entered this 20th day of October, 2006.

s/Jackson L. Kiser
Senior United States District Judge
