IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JOHN CHRISTOPHER WILLIAMS, | ) | |
| | ) | Case No. 4:06CV00020 |
| Plaintiff, | ) | |
| v. | ) | |
| NORMAN W. REYNOLDS, JEANNE REYNOLDS, DAVID REYNOLDS and GREGORY REYNOLDS, | ) | **ORDER** |
| | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge) |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss claims for Breach of Fiduciary Duty and Tortious Interference with Prospective Contract is **GRANTED**. Defendants' Motion to Dismiss the claim for Conversion is **DENIED** as to Norman Reynolds, but **GRANTED** as to Jeanne Reynolds.

The Clerk is directed to send a certified copy of this Memorandum Opinion and the attached Order to all counsel of record.

Entered this 31st day of October, 2006.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE